No. 10-500. Robert A. Urciuoli, Petitioner v. United States.

562 U.S. 1045, 131 S. Ct. 612, 178 L. Ed. 2d 436, 2010 U.S. LEXIS 8960.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 613 F.3d 11.